# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **TONY DOZIER,** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION FILE NO.** |
| v. ) | |
| ) | **1:21-cv-00793-TWT-JKL** |
| **JB HUNT TRANSPORT CO.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tony Dozier ("Dozier" or "Plaintiff") and Defendant JB Hunt Transport Co. ("J.B. Hunt" or "Defendant") (the "parties", collectively) stipulate to the dismissal of this action against Defendant, with prejudice. Each party will bear their own attorney's fees and costs.

Respectfully submitted this 1st day of November, 2021.

[*Intentionally left blank*]

[*Signature on following page*]

| **HKM EMPLOYMENT ATTORNEYS LLP** | **HAWKINS PARNELL & YOUNG, LLP** |
|---|---|
| */s/ Artur Davis* | */s/ Ronald G. Polly, Jr.* |
| Artur Davis | Ronald G. Polly, Jr. |
| adavis@hkm.com | Georgia Bar No. 583264 |
| Jermaine "Jay" Walker | rpolly@hpylaw.com |
| jwalker@hkm.com | 303 Peachtree Street, NE |
| 3355 Lenox Rd. NE | Suite 4000 |
| Suite 660 | Atlanta, Georgia 30308 |
| Atlanta GA 30326 | Telephone: (404) 614-7400 |
| Telephone: (404) 220-9165 | Facsimile: (404) 614-7500 |
| Facsimile: (404) 301-4020 | |
| | *Counsel for Defendant J.B. Hunt Transport, Inc* |
| *Counsel for Plaintiff Tony Dozier* | |

.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **TONY DOZIER,**    ) | |
| ) | |
| **Plaintiff,**    ) | |
| ) | **CIVIL ACTION FILE NO.** |
| **v.**    ) | |
| ) | **1:21-cv-00793-TWT-JKL** |
| **JB HUNT TRANSPORT CO.,**    ) | |
| ) | |
| **Defendant.**    ) | |
| ) | |

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that the foregoing **STIPULATION OF DISMISSAL** has been filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of the filing to the attorneys of record as follows:

Artur Davis<br>
Jermaine "Jay" Walker<br>
HKM Employment Attorneys LLP<br>
3355 Lenox Rd. NE<br>
Suite 660<br>
Atlanta GA 30326

This 1st day November, 2021.

*/s/ Ronald G. Polly, Jr.*
Ronald G. Polly, Jr.
Georgia Bar No. 583264